UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) 1:22-cr- 61
v. )
) JUDGES Atchley / Lee
JAMES EDWARD HENSLEY )

FILED
APR 26 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, starting sometime in or about October 2020, continuing until on or about March 3, 2022, within the Eastern District of Tennessee, and elsewhere, the defendant JAMES EDWARD HENSLEY, a person required to register as a sex offender under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
United States Attorney

By: _____
James T. Brooks
Assistant United States Attorney